# Balance Sheet

## AM Pyrotechnics, LLC

As of November 11, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| **Assets** | |
| Current Assets | |
| Bank Accounts | |
| A and A storage- 7144 | 34.60 |
| Checking cash reward- 1844 | 16,749.20 |
| Closed Sullivan Bank main 8244 | 48.89 |
| Great Southern Tax Escrow 9311 | -15,101.51 |
| Health Insurance Account | 0.00 |
| New Sullivan Bank | -70,372.11 |
| New Sullivan Bank-3044 | 69,943.79 |
| Sullivan Bank - Illinois- 6744 | 26,169.24 |
| **Total for Bank Accounts** | **$27,472.10** |
| Accounts Receivable | |
| Accounts Receivable | 65,500.00 |
| **Total for Accounts Receivable** | **$65,500.00** |
| Other Current Assets | |
| Inventory | 26,587.00 |
| Payroll Refunds | -422.20 |
| QuickBooks Tax Holding Account | 632.34 |
| **Total for Other Current Assets** | **$26,797.14** |
| **Total for Current Assets** | **$119,769.24** |
| Fixed Assets | |
| Accumulated Depreciation | -51,159.53 |
| Depreciable Assets | 89,937.25 |
| **Total for Fixed Assets** | **$38,777.72** |
| Other Assets | |
| Transfer account | 0.00 |
| **Total for Other Assets** | **$0.00** |
| **Total for Assets** | **$158,546.96** |
| **Liabilities and Equity** | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | 0.00 |
| **Total for Accounts Payable** | **$0.00** |
| Credit Cards | |
| Capital One | -10,664.00 |
| Citi | -3,650.00 |
| discover card | -675.00 |
| Synchrony Bank CC | -1,235.00 |

# Balance Sheet

## AM Pyrotechnics, LLC
### As of November 11, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---:|
| **Total for Credit Cards** | **-$16,224.00** |
| Other Current Liabilities | |
| Bankruptcy Payments | $0.00 |
| Federal P/RTax Assessmt Payable | 0.00 |
| MO Assessment Payable | 0.00 |
| Unemp Tax Assessment Payable | -100.00 |
| **Total for Bankruptcy Payments** | **-$100.00** |
| Deferred Insurance Proceeds | |
| Bank of Bolivar | 0.00 |
| Title Company | 0.00 |
| **Total for Deferred Insurance Proceeds** | **$0.00** |
| Direct Deposit Payable | 0.00 |
| Direct Deposit Payable ( 229 ) | 0.00 |
| Loan  - Aaron Mayfield | 6,985.22 |
| LOC - Sullivan Bank | 14,399.93 |
| N/P - Bolivar Bank #60029075 | 258,905.60 |
| Old Unemployment Liablities | 0.00 |
| Payroll Liabilities | $10,350.10 |
| Federal Taxes (941/943/944) | 14,952.54 |
| Federal Unemployment (940) | 215.86 |
| Insurance deduction | 1,488.55 |
| MO Income Tax | 1,210.22 |
| MO Unemployment Tax | 2,145.17 |
| **Total for Payroll Liabilities** | **$30,362.44** |
| UFS | 16,608.13 |
| **Total for Other Current Liabilities** | **$327,161.32** |
| **Total for Current Liabilities** | **$310,937.32** |
| Long-term Liabilities | |
| Bank of Missouri | 90,323.00 |
| Business Loan | -8,807.64 |
| Land Loan | -28,037.70 |
| **Total for Long-term Liabilities** | **$53,477.66** |
| **Total for Liabilities** | **$364,414.98** |
| Equity | |
| Opening Balance Equity | -87,050.41 |
| Paid-In Capital | 0.00 |
| personal contribution | 2,000.00 |
| Personal Draw | -226,302.31 |
| Select Portfolio Sps | -4,026.66 |
| Members Equity | 70,891.47 |

# Balance Sheet

## AM Pyrotechnics, LLC

As of November 11, 2025

| DISTRIBUTION ACCOUNT | TOTAL |
|---|---|
| Net Income | 38,619.89 |
| **Total for Equity** | **-$205,868.02** |
| **Total for Liabilities and Equity** | **$158,546.96** |